# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

155034-5

MICHAEL J. BEDFORD,
   Plaintiff-Appellee,

v

DEREK S. WITTE, JORDAN C. HOYER, and
LAW OFFICES OF JORDAN C. HOYER, PLLC,
   Defendants-Appellants.

_____/

GARY STEWART, JR.,
   Plaintiff-Appellee,

v

DEREK S. WITTE, JORDAN C. HOYER, and
LAW OFFICES OF JORDAN C. HOYER, PLLC,
   Defendants-Appellants.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 155034
COA: 327372
Kent CC: 14-011752-CZ

SC: 155035
COA: 327373
Kent CC: 14-011813-CZ

   On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



t0912

Clerk